(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 JAN 24 PM 12: 02

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

ELOI KOUEKASSAZO

vs.

INTELLISOURCE
ZULILY INC
REMINGER CO

**Defendants(s)**

**Case No.**

2:18CV0061

Judge Smith

MAGISTRATE JUDGE JOLSON

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?  Yes ✓   No ___
   A. If you answered "Yes":
      (1) What is the name and address of your employer
          WALMART
          2,700 BETHEL ROAD COLUMBUS, OH 43220
      (2) How much do you earn per month?
          $1,000 (one thousand dollars)

   B. If you answered "No"
      (1) Have you ever been employed?   Yes ___   No ___
          If yes, what was the last year and month you were employed? _____
          How much did you earn a month? _____

II. What is your marital status? ✓
    Single ___   Married ✓   Widowed ___   Divorced ___
    A. If you answered "Married":
       (1) Is your spouse employed?  Yes ✓   No ___
           If yes, how much does your spouse earn each month?
           $ 1,600

III. Do you have any dependents?   Yes ✓   No ___
     If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
| YK   | SON          | $100.00 |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?   Yes ___   No ✓
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
|        | $      |        | $      |
|        | $      |        | $      |
|        | $      |        | $      |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes ✓   No ___

   A. If you answered "Yes", state the combined total amount:
      $ 135.73

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes ✓   No ___
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| CAR | $ 3159.68 |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| US BANK | $ 1,569.57 |  | $ |
| NAVIENT EDU | $ 800.00 |  | $ |
| I.O.M | $ 220.00 |  | $ |
|  | $ |  | $ |

VIII. State your address and telephone number where the Court can reach you.

_____
_____
_____
_____

I declare under penalty of perjury that the above information is true and correct.

01/23/2018
Date                Signature of Applicant

-3-