# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ELOI KOUEKASSAZO,**

      **Plaintiff,**

vs.

Case No.: 2:18-cv-61
**JUDGE GEORGE C. SMITH**
**Magistrate Judge Jolson**

**INTELLISOURCE,** *et al.***,**

      **Defendants.**

## ORDER

On February 2, 2018, the United States Magistrate Judge issued a *Report and Recommendation* granting Plaintiff's Motion to Proceed *in forma pauperis* and on the intial screen, recommending dismissal of Plaintiff's claims for failure to state a claim upon which relief may be granted. (*See Report and Recommendation*, Doc. 3). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. The Court even gave Plaintiff additional time to file objections after the copy of the Report and Recommendation mailed to Plaintiff was returned as undeliverable. (*See* Doc. 5). There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion to Proceed *in forma pauperis* is **GRANTED.** Plaintiff's claims are hereby **DISMISSED** pursuant to Section 1915(e)(2) for failure to state a claim upon which relief may be granted.

The Clerk shall remove Document 3 from the Court's pending motions list and terminate this case.

**IT IS SO ORDERED**.

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**