\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Eloi Kouekassazo

       vs               Case No. 2:18-cv-61

Intellisource, et al.           **Judge Smith**
                                  **Magistrate Judge Jolson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that the Report and Recommendation is ADOPTED and AFFIRMED. Plaintiff's Motion to Proceed *in forma pauperis* is **GRANTED.** Plaintiff's claims are hereby **DISMISSED** pursuant to Section 1915(e)(2) for failure to state a claim upon which relief may be granted.

Date: **April 4, 2018**         **Richard W. Nagel, Clerk**

                                                 s/ Scott Miller
                                      By Scott Miller /Deputy Clerk